IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME TREADWELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWER SOLUTIONS INTERNATIONAL, INC. & NOVATIME TECHNOLOGY, INC.,<br><br>Defendants. | No. 18-cv-08212<br><br>Honorable Jorge L. Alonso |

## JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Jerome Treadwell and Defendant NOVAtime Technology, Inc., by and through their undersigned attorneys, hereby jointly stipulate and agree that this matter be voluntarily dismissed without prejudice as to Defendant NOVAtime Technology, Inc., only, in the above-captioned action with the parties to bear their own attorney fees and costs.

ENTER:

_____

Judge Jorge L. Alonso

JEROME TREADWELL

NOVATIME TECHNOLOGY, INC.

/s/ Andrew C. Ficzko

/s/ Martin L. Roth

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
Stephan Zouras, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312/233-1550
aficzko@stephanzouras.com

Martin L. Roth
Ryan J. Moorman
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
312/862/2000
martin.roth@kirkland.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing **Joint Stipulation and Order for Voluntary Dismissal** was electronically filed with the Clerk of Court on February 25, 2019 using the CM/ECF system that will send notification of the filing to all parties of record.

By: /s/ Andrew C. Ficzko