# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jerome Treadwell

                                                      Plaintiff,

v.                                                                            Case No.: 1:18−cv−08212
                                                                            Honorable Jorge L. Alonso

Power Solutions International, Inc., et al.

                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: A joint stipulation for voluntary dismissal has been filed. Defendant NOVAtime Technology is dismissed as a Defendant in this case without prejudice. Accordingly, Defendant's motion to dismiss [15] is moot. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.