IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME TREADWELL, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:18-cv-8212 ) |
| v. | ) Judge Franklin U. Valderrama ) |
| POWER SOLUTIONS INTERNATIONAL, INC., | ) Magistrate Judge Gabriel A. Fuentes ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 29, 2023 (Dkt. 183), Plaintiff Jerome Treadwell ("Plaintiff") and Defendant Power Solutions International, Inc. ("Defendant"), by and through their undersigned counsel, submit this Joint Status Report with an update on settlement:

1. The Parties participated in a mediation with the Honorable Judge James Holderman (Ret.) of JAMS on November 21, 2023, and reached an agreement in principle with an executed Settlement Term Sheet. According to the terms of the Term Sheet, the Parties agreed to execute a finalized settlement agreement by January 26, 2024. The Parties have been diligently working together to finalize the terms of the settlement agreement but need a little more time and have agreed to a one-week extension or until February 2, 2024, to finalize the settlement agreement. Plaintiff will then file a motion for preliminary approval within 21 calendar days thereafter or by February 23, 2024.

Respectfully submitted this 26th day of January 2024.

| | |
|---|---|
| /s/ *Andrew C. Ficzko* | /s/ *Margot Klein* |
| Ryan F. Stephan | Anne E. Larson |
| James B. Zouras | Margot Klein |

| | |
|---|---|
| Andrew C. Ficzko<br>STEPHAN ZOURAS, LLP<br>222 W. Adams Street, Suite 2020<br>Chicago, Illinois 60606<br>312.233.1550<br>312.233.1560 *f*<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>aficzko@stephanzouras.com<br><br>**ATTORNEYS FOR PLAINTIFF** | Ogletree, Deakins, Nash, Smoak & Stewart<br>155 North Wacker, Suite 4300<br>Chicago, Illinois 60606<br>312.558-1253<br>anne.larson@ogletree.com<br>margot.klein@ogletree.com<br><br>**ATTORNEYS FOR POWER SOLUTIONS INTERNATIONAL, INC.** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 26, 2024, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/ Andrew C. Ficzko*
